CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 17 2007
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SAMUEL MORRIS OVERSTREET,<br>Petitioner, | )<br>) Civil Action No. 7:06-cv-00609 |
| v. | ) **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | ) By: Hon. James C. Turk<br>) Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Petitioner's motions to expand or amend his pleadings (Dkt. Nos. 21, 39, and 40) are hereby **GRANTED** and the record is hereby supplemented by all of petitioner's submissions;

2. Petitioner's motions objecting to respondent's evidence (Dkt. Nos. 30 and 55) and his motions seeking removal of the prosecutor from this case (Dkt. Nos. 37 and 58) are hereby **DENIED**;

3. Petitioner's motions seeking expedient disposition of this case (Dkt. Nos. 43, 46, 47, 58, 59, and 61) and his motion for release on bond (Dkt. No. 57) are hereby **DENIED**;

4. Respondent's motion to dismiss (Dkt. No. 35) is hereby **GRANTED**, petitioner's motion to strike (Dkt. No. 56) is hereby **DENIED**, petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED**, and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 17th day of May, 2007.

/s/ James C. Turk
Senior United States District Judge